## Glen T. Rogers, Appellee, v. New York, Chicago and St. Louis Railroad Company, Appellant.

### Gen. No. 43,283.

opinion filed February 13, 1946; rehearing denied March 1, 1946; released for publication March 8, 1946. Winston, Strawn & Shaw, for appellant; Douglas C. Moir, Arthur D. Welton, Jr. and Edward J. Wendrow, of counsel; Edward L. Richter and Marion J. Hannigan, for appellee; John B. King, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.